Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOREEN FARMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CHASE MTG.; FIRST TENNESSEE BANK; TARGET NATIONAL BANK; WELLS FARGO BANK NA; and WELLS FARGO FINANCIAL CARDS,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01680-MMD-CWH<br><br>**STIPULATION OF DISMISSAL OF TARGET NATIONAL BANK, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Target National Bank, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

STIPULATION OF DISMISSAL OF TARGET NATIONAL BANK, WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated this 28th day of February, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | /s/ *Michael Ayers*<br>James W. Puzey, Esq.<br>Nevada Bar No. 5745<br>Michael Ayers, Esq.<br>Nevada Bar No. 10851<br>SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON<br>800 S. Meadows Drive, Suite 800<br>Reno, NV 89511<br>Email: jpuzey@puzeylaw.com<br>Email: mayers@puzeylaw.com<br>*Counsel for Defendant Target National Bank* |
| /s/ *Tanya Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: tlewis@swlaw.com<br><br>*Counsel for Defendants Wells Fargo Bank N.A., and Wells Fargo Financial Cards* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant Equifax Information Services, LLC* |

## **ORDER OF DISMISSAL OF TARGET NATIONAL BANK WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 28th day of February 2018.

STIPULATION OF DISMISSAL OF TARGET NATIONAL BANK, WITH PREJUDICE - 2