David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff,*
*DOREEN M. FARMER*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DOREEN M. FARMER,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, CHASE MORTGAGE; FIRST TENNESSEE BANK; TARGET NATIONAL BANK; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL CARDS,<br><br>  Defendants. | Case No. 2:17-cv-01680-MMD-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Plaintiff DOREEN M. FARMER and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: March 2, 2018

By:
*/s/David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*/s/ Miles N. Clark, Esq.*
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff,*
DOREEN M. FARMER

By:
*/s/ Bradley T. Austin, Esq.*
Bradley T. Austin, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
baustin@swlaw.com

*Attorney for Defendant,*
EQUIFAX INFORMATION SERVICES, LLC

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __March 12, 2018_____