David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DOREEN M. FARMER*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| DOREEN M. FARMER, <br><br> Plaintiff, <br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, CHASE MORTGAGE; FIRST TENNESSEE BANK; TARGET NATIONAL BANK; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL CARDS, <br><br> Defendants. | Case No. 2:17-cv-01680-MMD-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO WELLS FARGO BANK ONLY** |

Plaintiff DOREEN M. FARMER and Defendant WELLS FARGO BANK, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO BANK, N.A.**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 6, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Tanya N. Lewis, Esq. |
| David H. Krieger, Esq. | Tanya N. Lewis, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | *Attorney for Defendant Wells Fargo Bank, N.A.* |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2018