Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOREEN FARMER,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CHASE MTG.; FIRST TENNESSEE BANK; TARGET NATIONAL BANK; WELLS FARGO BANK NA; and WELLS FARGO FINANCIAL CARDS,<br><br>        Defendants. | Case No.: 2:17-cv-01680-MMD-CWH<br><br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO FINANCIAL CARDS WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Financial Cards, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

STIPULATION OF DISMISSAL OF WELLS FARGO FINANCIAL CARDS WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated this 3rd day of July, 2018.

| /s/ *Miles N. Clark* | /s/ *Tanya Lewis* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: tlewis@swlaw.com<br><br>*Counsel for Defendant Wells Fargo Financial Cards* |

## ORDER OF DISMISSAL OF WELLS FARGO FINANICAL CARDS

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  5th   day of   July      2018.

STIPULATION OF DISMISSAL OF WELLS FARGO FINANCIAL CARDS WITH PREJUDICE - 2